# United States Bankruptcy Court
## Central District of California
Los Angeles
Julia Brand, Presiding
Courtroom 1375 Calendar

**Tuesday, November 4, 2025**  Hearing Room  **1375**

10:00 AM
**2:25-18980**  **Johnny Chek**  Chapter 13

#1.00  Motion For Relief from the Automatic Stay or for Order Confirming that the Automatic Stay Does Not Apply Under 11 U.S.C. § 362 [UD]

TANAGER CO., LLC
V
DEBTOR

Docket  8

**Tentative Ruling:**

Debtor's case was dismissed on October 27, 2025; however, because movant has requested (d)(4) the Court will retain its jurisdiction to hear the matter under 11 U.S.C. § 362.

No opposition was filed.

In this case, movant has requested relief from the automatic stay under 11 U.S.C. §§ 362(d)(1), (d)(2) and (d)(4).  Movant's request for relief under §§ 362(d)(1) and (d)(2) are DENIED as moot because the underlying bankruptcy case has been dismissed.  Movant's request for § 362(d)(4) relief is DENIED because movant is not a "creditor whose claim is secured by an interest in such real property." *Ellis v. Yu (In re Ellis)*, 523 B.R. 673, 678 (9th Cir. BAP 2014).  Movant is not a "creditor" and does not hold a secured claim by an interest in the subject property as contemplated by 11 U.S.C. § 362(d)(4).  **Appearances waived**.

The movant shall upload an appropriate order via the Court's LOU system.

| Party Information |
|---|

**Debtor(s):**

Johnny  Chek  Pro Se

**Movant(s):**

Tanager Co., LLC  Represented By

# United States Bankruptcy Court
## Central District of California
Los Angeles
Julia Brand, Presiding
Courtroom 1375 Calendar

**Tuesday, November 4, 2025**     Hearing Room    1375

### 10:00 AM

**CONT...**     **Johnny Chek**     **Chapter 13**

Anthony A. Friedman

**Trustee(s):**

Nancy K Curry (TR)     Pro Se